IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE HARRIS, #160192,          )
                                 )
        Plaintiff,               )
                                 )
v.                               )        CIVIL ACTION NO. 2:05cv115-MHT
                                 )               (WO)
SGT. SMITH, et al.,              )
                                 )
        Defendants.              )

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed

herein on March 7, 2007 (doc. no. 21), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that Tacoma Moses is DISMISSED

as a party to the instant complaint.

DONE, this the 30th day of March, 2007.


                    /s/  Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE