IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE G. HARRIS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:05cv115-MHT |
| | ) | (WO) |
| JOSEPH WRIGHT, GEORGE JONES, MICHAEL SMITH, and ROOSEVELT BROWN, | ) | |
| | ) | |
|     Defendants. | ) | |

                      ORDER

It is ORDERED that the oral motion made on August 20, 2007, is denied.

DONE, this the 3rd day of December, 2007.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE