IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE G. HARRIS,               ) | |
|   )| |
|   Plaintiff,              ) | |
|   ) | CIVIL ACTION NO. |
|   v.               ) | 2:05cv115-MHT |
|   ) | (WO) |
| JOSEPH WRIGHT, GEORGE   ) | |
| JONES, MICHAEL SMITH, and  ) | |
| ROOSEVELT BROWN,       ) | |
|   ) | |
|   Defendants.       ) | |

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff Willie G. Harris, a state inmate, filed this lawsuit charging defendants Joseph Wright, George Jones, Michael Smith, and Roosevelt Brown with excessive force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that judgment be entered in favor of the defendants and against Wright. Wright has not filed any objections to the recommendation. After an independent and de novo review of the record,

the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of December, 2007.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE