IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIE G. HARRIS,              )
                               )
     Plaintiff,                )
                               )       CIVIL ACTION NO.
     v.                        )         2:05cv115-MHT
                               )             (WO)
JOSEPH WRIGHT, GEORGE          )
JONES, MICHAEL SMITH, and      )
ROOSEVELT BROWN,               )
                               )
     Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 38) is adopted.

(2) Judgment is entered in favor of defendants Joseph Wright, George Jones, Michael Smith, and Roosevelt Brown and against plaintiff Willie G. Harris, with plaintiff Harris taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Harris, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of December, 2007.

    /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE